**Abubakarr FOFANAH, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] United States Attorney General, Respondent.**

No. 08–2878.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 29, 2009.

Filed: Nov. 3, 2009.

Camille Juliette MacKler, New York, NY, for Petitioner.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, Richard M. Evans, Brooke Maurer, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Abubakarr Fofanah petitions for review of an order of the Board of Immigration Appeals (BIA) denying his April 2008 motion to reopen. After careful review, we conclude the BIA did not abuse its discretion in finding that Fofanah did not show materially changed country conditions warranting reopening. *See* 8 U.S.C. § 1229a(c)(7)(C)(i), (ii) (motion to reopen); *Habchy v. Filip*, 552 F.3d 911, 912–13 (8th

---

1. Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Cir.2009) (standard of review). Accordingly, we deny the petition.